# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-1878
Lower Tribunal No. 2009-CF-002220-A-O

_____

JUAN HERNANDEZ-MONZALVO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Orange County.
Leticia Marques, Judge.

June 16, 2026

PER CURIAM.

AFFIRMED.

NARDELLA, WHITE and PRATT, JJ., concur.


Juan Hernandez-Monzalvo, Cross City, pro se.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED